1  DENISE BOURGEOIS HALEY
   ATTORNEY AT LAW 143709
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4712

4  TEL: 562/868-5886
   FAX:  562/868-5491
5  E-MAIL: rohlfing_office@msn.com

6  Attorney for plaintiff

JS-6

7

8                    **UNITED STATES DISTRICT COURT**
                     **CENTRAL DISTRICT OF CALIFORNIA**
9

10 SOPHIA ALANIZ,                     ) Case No. CV 07-4601 RNB
                                      )
11           Plaintiff,                ) [~~PROPOSED~~] ORDER DISMISSING
        vs.                           ) CASE WITH PREJUDICE
12                                    )
   MICHAEL J. ASTRUE,                 )
13 COMMISSIONER SOCIAL                )
   SECURITY,                          )
14                                    )
             Defendant                )
15 _____)

16     Based upon the parties' Stipulation to Dismissal With Prejudice

17 ("Stipulation"),

18     **IT IS ORDERED** that the above-captioned matter is dismissed pursuant to

19 Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with

20 prejudice. Each party shall bear his/her own costs and expenses, including but not

21 limited to attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

22 DATED:  April 10, 2008

23                                   *[signature]*

24                              _____
                                ROBERT N. BLOCK
25                              UNITED STATES MAGISTRATE JUDGE

26